THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX WARMBRAND, Appellant.

Argued December 6, 1937; decided January 4, 1938.

Louis J. Gribetz and Lester Lyons for appellant.

John J. Bennett, Jr., Attorney-General (Sol Ullman of counsel), for respondent.

Judgments reversed and informations dismissed on the ground that the evidence is insufficient to prove the defendant guilty beyond a reasonable doubt; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.